UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:24-cv-23185-DPG

AT LAW AND IN ADMIRALTY

ELIZABETH TORTORELLA,

    Plaintiff,
v.

NCL (BAHAMAS) LTD d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.
_____/

**JOINT NOTICE OF THE SELECTION OF A MEDIATOR
AND
PROPOSED ORDER SCHEDULING MEDIATION**

    Plaintiff, ELIZABETH TORTORELLA, and Defendant, NCL (BAHAMAS) LTD d/b/a NORWEGIAN CRUISE LINE, by and through their undersigned counsel hereby give Notice of the Parties' Selection of a Mediator and attach a Proposed Order Scheduling Mediation filed in accordance with this Honorable Court's Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 12] and state:

    The parties have selected mediator Elisabeth Rock with EMC Mediation Solutions to serve as the mediator to conduct mediation in the above captioned case on April 16, 2025 at 1:00 p.m. by videoconference. A proposed order scheduling mediation is attached hereto as **Exhibit A**.

DATED this 30th day of January 2025.

| | |
|---|---|
| **By:** *s/ Loretta Guevara* | **By:** *s/ Todd L. Sussman* |
| **JOHN H. HICKEY**, **ESQ.** (FBN 305081) | **Todd L. Sussman, Esq.** (FBN 84729) |

1

<div style="display: flex;">

hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**LORETTA GUEVARA, ESQ.** (FBN 1002422)
lguevara@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
12150 SW 128th Court, Ste. 225
Miami, Florida 33186
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for the Plaintiff*

tsussman@nclcorp.com
**Norwegian Cruise Line Holdings, Ltd.**
7300 Corporate Center Drive
Miami, FL 33126
Tel: (305) 436-4653
Fax: (305) 468-2132
*Counsel for Defendant*

</div>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 30th day of January 2025.  We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:   */s/ Loretta Guevara*
     **LORETTA GUEVARA, ESQ.** (FBN 1002422)
     lguevara@hickeylawfirm.com

## **SERVICE LIST**

ELIZABETH TORTORELLA v. NCL (BAHAMAS) LTD d/b/a NORWEGIAN CRUISE LINE
CASE NO. 1-24-cv-23185-DPG

| | |
|---|---|
| **John Hickey, Esq.** (FBN: 305081) <br> hickey@hickeylawfirm.com <br> federalcourtfilings@hickeylawfirm.com <br> **Loretta Guevara, Esq.** (FBN 1002422) <br> lguevara@hickeylawfirm.com <br> **HICKEY LAW FIRM, P.A.** <br> 12150 SW 128th Court, Suite 225 <br> Miami, Florida 33186 <br> Tel: (305) 371-8000 <br> Fax: (305)371-3542 <br> *Counsel for Plaintiff* | **Todd L. Sussman, Esq.** (FBN 84729) <br> tsussman@nclcorp.com <br> jjara@nclcorp.com <br> **Norwegian Cruise Line Holdings, Ltd.** <br> 7300 Corporate Center Drive <br> Miami, FL 33126 <br> Tel: (305) 436-4653 <br> Fax: (305) 468-2132 <br> *Counsel for Defendant* |